JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
MICHAEL MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4836
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATALIE MERCADO, | ) | Case No. 2:24-cv-05124-SHK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [**PROPOSED**] |
| v. | ) | **JUDGMENT OF REMAND** |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 8/21/2024

                                      HON. SHASHI H. KEWALRAMANI
                                      UNITED STATES MAGISTRATE JUDGE