1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11 | NATALIE MERCADO,                           ) Case No.: 2:24-cv-05124-SHK
                                               )
12 |          Plaintiff,                        ) {~~PROPOSED~~} ORDER AWARDING
                                               ) EQUAL ACCESS TO JUSTICE ACT
13 |     vs.                                    ) ATTORNEY FEES AND EXPENSES
                                               ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MARTIN O'MALLEY,                           ) AND COSTS PURSUANT TO 28
      Commissioner of Social Security,          ) U.S.C. § 1920
15 |                                            )
              Defendant                         )
16 |                                            )
                                               )
17 | _____ )

18          Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

20          IT IS ORDERED that fees and expenses in the amount of $1,723.00 as

21   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22   awarded subject to the terms of the Stipulation.

23   DATE:  10/2/2024

24                                       _____
                                          HONORABLE SHASHI H. KEWALRAMANI
25                                        UNITED STATES MAGISTRATE JUDGE

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/  *Denise Bourgeois Haley*
    BY: _____

4       Denise Bourgeois Haley
      Attorney for plaintiff Natalie Mercado

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26